Appellant.— Determination affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Scott, J., dissented.

MARTIN J. HOGAN, Respondent, v. SAMUEL THORN, Appellant.— Judgment and order reversed, new trial ordered, costs to appellant to abide event, as against the weight of evidence. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ARTHUR S. LURIA, Respondent, v. CHARLES H. DE WITT, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant, v. DE WINTER & COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

PETER CARROLL, an Infant, by PATRICK CARROLL, His Guardian ad Litem, Respondent, v. OLIN J. STEPHENS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

PATRICK CARROLL, Respondent, v. OLIN J. STEPHENS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

SIMON LIEBOVITZ and Others, Copartners, etc., Respondents, v. HUDSON NAVIGATION COMPANY, Appellant, . Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ROCCO LEGGIADRO, Member of the Mutual Benefit Society of the Young Laborers of Potenza (Italy), in New York, in the Name of Himself and All Other Members of Said Society Similarly Situated, Respondent, v. MUTUAL BENEFIT SOCIETY OF THE YOUNG LABORERS OF POTENZA (ITALY) IN NEW YORK and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 3952, Held by TRANDAFIR BARBULEANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

ANDREW A. MURDOCH, Respondent, v. MAX S. GRIFENHAGEN, Appellant.— Determination affirmed, with costs. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.; Dowling and Davis, JJ., dissented.

JOHN J. STORCH, Respondent, v. WINFIELD H. MAPES COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

PETER STANTON, Respondent, v. ANDREW E. KALBACH, as Receiver of the SECOND AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Scott, Laughlin, Dowling, Smith and Davis, JJ.

JOSEPH E. CORRIGAN, Respondent, v. BOBBS-MERRILL COMPANY, Appellant, Impleaded, etc.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to